Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Richard A. Herrera

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| RICHARD A. HERRERA, | Case No.: CV 12-05234 FFM |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:   December 18, 2012

　　　　　　　　　　____/S/ FREDERICK F. MUMM
　　　　　　　　　　THE HONORABLE FREDERICK F. MUMM
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  DATE: December 13, 2012         Respectfully submitted,

2                                  LAW OFFICES OF LAWRENCE D. ROHLFING
                                          /s/ *Denise Bourgeois Haley*
3                              BY:_____
                                   Denise Bourgeois Haley
4                                  Attorney for plaintiff Richard A. Herrera

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER CV 12-05234 JAK FFM**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on November 29, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Denise Bourgeois Haley*

_____
Denise Bourgeois Haley
Attorneys for Plaintiff
_____